## LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DEMASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
CAITLYN CARMICHAEL
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

May 1, 2025

**Via ECF**

Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Orlando Pardo
      Crim. No. 24-cr-471

Dear Judge Clarke:

On August 8, 2024, Orlando Pardo pled guilty before Your Honor to a one-count Information 24 CR 471 (JGLC) charging him with Receipt and Solicitation of a Bribe by Agent of an Organization Receiving Federal Funds18 U.S.C. § 666(a)(1)(B). Mr. Pardo was sentenced on December 16, 2024. He now has completed the prison portion of his sentence. With the consent of the government, we are respectfully requesting the release and return of his passport originally surrendered as part of his bail.

We thank you for your time and consideration in this matter.

Respectfully,

John S. Esposito
Attorney for Orlando Pardo

cc:   AUSA Jacob R. Fiddelman,
      Megan Henriquez, USPO (via email)

---

**MEMO ENDORSED**

Application GRANTED. Pretrial Services Office is directed to return Mr. Pardo's passport back to him or his counsel.

Dated: May 2, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge